IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-BNB

LUKE PREACHER, and
MIKEAL GLENN STINE,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPECKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence, and
JOHN DOE, Unknown Persons,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2009

GREGORY C. LANGHAM
                CLERK

## ORDER

Plaintiff Luke Preacher initiated this action by filing *pro se* a document titled "Motion for Injunction." In an order filed on February 10, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Preacher to cure certain deficiencies if he wished to pursue his claims in this action. In response to Magistrate Judge Boland's February 10 order, Mr. Preacher, together with Plaintiff Mikeal Glenn Stine, filed a Prisoner Complaint. On March 12, 2009, Plaintiffs filed an amended Prisoner Complaint. On March 13, 2009, Mr. Preacher paid the filing fee. Therefore, all of the deficiencies identified by

Magistrate Judge Boland in his February 10 order have been cured. Furthermore, because Plaintiffs have filed a pleading on the proper form, the initial "Motion for Injunction" filed by Mr. Preacher to initiate this action is moot. Accordingly, it is

ORDERED that the "Motion for Injunction" filed by Mr. Preacher on February 10, 2009, is denied as moot.

DATED at Denver, Colorado, this 12 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Luke Preacher
Reg No. 10312-023
ADX- Florence
P.O. Box 8500
Florence, CO 81226-8500

Mikeal Glenn Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/19/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk