IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2009.**

    In the interests of justice at this early stage of the litigation[1] and finding that the requirements of Fed. R. Civ. P. 8 are met, the Plaintiffs' Motion to Amend [filed April 21, 2009; docket #27] is **granted**. The Clerk of the Court is directed to file the Second Amended Verified Complaint found at docket #27-2. Defendants who have been properly served and/or who have waived service in this

---

    [1]The United States Attorney's Office and United States Attorney General were only recently served; therefore, the Court perceives no undue prejudice at this early stage.

action shall file an answer or other response to the Second Amended Verified Complaint **on or before June 23, 2009**.