IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2009.**

    Plaintiffs' Motion for Court Order [filed May 5, 2009; docket #38] is **granted in part and denied in part as moot**. The new Plaintiffs have already been added to the Court's docket; therefore, the request for addition is denied as moot. The Clerk of the Court is directed to mail a copy of this Court's order, found at docket #33, to all Plaintiffs listed in the caption.

    Moreover, all Plaintiffs shall participate in the Scheduling/Planning Conference set for **June 9, 2009,** at the hour of **9:30 a.m.,** in the Byron G. Rogers U.S. Courthouse, Courtroom 203, 1929 Stout Street, Denver, Colorado. The plaintiffs shall participate in this conference by telephone.

**Plaintiffs and case managers, or a representative of the facility, _shall_ contact the Court at (303) 844-4507 on the above date and time in order to participate.**

In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the Clerk of the Court shall mail a copy of this Minute Order to the Case Managers for each plaintiff.