IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

      Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2009.**

      Plaintiffs' "Notice" (Motion) for Court Order [filed May 28, 2009; docket #71] is **denied**. The request for relief relates in no way to the allegations raised in the Second Amended Complaint, and the Court has no jurisdiction over the day-to-day matters of the prison facility. As for the Plaintiffs' request for an expedited decision on "our request for a [sic] evidentiary hearing," the Court will adjudicate the Motion for Temporary Restraining Order and Preliminary Injunction once it is fully briefed.

      Notably, the within motion is apparently filed by a Plaintiff in this matter; however, although

signed, the movant is not identified. Plaintiffs are reminded of their obligation to file specific, non-frivolous pleadings that comply with both local and federal court rules.