IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2009.**

    Pending before the Court is Plaintiff Nantambu's "Notice" (Motion) for Protective Order [filed June 8, 2009; docket #85]. Nantambu need not seek permission from the Court to depose a witness once the discovery period begins so long as the parties stipulate to the deposition; however, there is no indication Nantambu has conferred with the Government regarding his request. Therefore, Nantambu's request for permission to depose a "witness" in the litigation is **denied without prejudice**. As for his request for an order prohibiting Defendants from "threatening and intimidating witnesses and plaintiffs in this case," Nantambu identifies in his motion none of the Defendants as having made a threat or having harassed anyone; therefore, his request is **denied**

**without prejudice**.