IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2009.**

    Pending before the Court is a letter submitted by Frankie Lee Ferguson, an inmate at the USP-MAX in Florence, Colorado [filed June 17, 2009; docket #95]. The Court construes this letter as a Motion for Order to Remove Frankie Lee Ferguson from the Witness List in this Case. The Court **denies as moot** the Motion, because Frankie Lee Ferguson is not listed on the docket as a plaintiff or defendant in this matter, nor is there a governing "witness list" as referred to by Mr. Ferguson.

The Court directs the Clerk of Court to send a copy of this minute order to:

Frankie Lee Ferguson
09800-017
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO 81226-8500