IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2009.**

    Pending before the Court is an Emergency Motion for T.R.O./Preliminary Injunction/Hearing filed by Plaintiffs Preacher and Stine [filed April 7, 2009; docket #19]. It has come to the Court's attention that, in granting Plaintiffs' Motion to Supplement Plaintiffs' "Reply" to Defendant's Response to the motion [docket #56], the Court erroneously accepted briefing by four Plaintiffs who neither requested joinder nor were permitted to join in the original motion.

    In addition, during the recent Scheduling Conference, the Plaintiffs confirmed that they have

filed litigation (some have filed several actions) in federal court before.[1]  Nevertheless, the Plaintiffs filed additional briefing on the Motion for T.R.O. following this Court's order permitting a surreply from the Defendants [docket #56] that was neither requested by the parties nor authorized by the Court.  Under these circumstances, any documents filed by the parties neither requesting relief nor permitted by Court order, including those documents found at dockets #54, #55, #68, #74, #79, #80, #84, #89 and #115, should be stricken and not considered by the Court.

However, considering the unwieldy posture of the matter and in an effort to control the docket, the Court will **deny without prejudice** the pending Motion for T.R.O. filed by Plaintiffs Stine and Preacher, and allow all six Plaintiffs to re-file the motion containing all relevant allegations and documentation **in one document, on or before July 13, 2009**.[2]  Defendants shall file a response to the motion within 20 days after the motion is filed, and Plaintiffs may file one reply to the response within 15 days after the response is filed.  The Court will consider no other briefing on the motion unless specifically granted upon motion.

The Court directs the Plaintiffs to refrain from any further unauthorized briefing on a pending motion.  *See* D.C. Colo. LCivR 7.1.

---

[1] Plaintiff Stine has been warned in previous federal actions against filing redundant and unauthorized pleadings.

[2] The Court notes that this action is still in its early stages, as service has not been completed and no answer or other response has been filed.