IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 8, 2009.**

    Plaintiff Stine's Motion for Class Certification Pursuant to Rule 23 and Motion for Appointment of Counsel Pursuant to 28 U.S.C. § 1915(e)(1) [filed July 2, 2009; docket #127] are **denied without prejudice**. First, Stine's request for class certification does not set forth the information required under Fed. R. Civ. P. 23. As to Stine's second request, this action was not brought pursuant to 28 U.S.C. § 1915; therefore, Stine must describe with particularity and certify with the Court his inability to afford counsel under 28 U.S.C. § 1915(e)(1). Again, the Court reminds Plaintiff Stine that he is not allowed to request relief on behalf of any of the other Plaintiffs in this action, and that such request may be stricken.