IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2009.**

    Plaintiffs' Motion for Order to Show Cause/ and Request for Sanctions Against Defendants [filed July 20, 2009; docket #171] is **denied**. It is the Court's understanding[1] that attorneys Synsvoll, Locke and Brieske are employees of the Bureau of Prisons (BOP), and in that capacity, assist the BOP when it is sued or when its employees are sued in their official capacities. None of these attorneys has filed or attempted to file any pleadings or motions with the Court in this case;

---

[1] The Plaintiffs did not identify the attorneys' employer.

thus, a formal entry of appearance is unnecessary. Therefore, the Court perceives no improper conduct on the part of these attorneys or of the Defendants which would justify sanctions in this matter.