IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 3, 2009.**

    The Motion for Court to Take Judicial Notice filed by Plaintiff Robert Utley [filed July 30, 2009; docket #192] is **denied**. First, the Court may only take judicial notice of a fact not subject to reasonable dispute that is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201 (2009). The "facts" set forth in the motion are clearly debatable and Plaintiff has not identified a "source whose accuracy cannot reasonably be questioned."

    Second, as the Plaintiffs know, to the extent that Plaintiff Utley seeks to add claims to his

Complaint, he must do so in accordance with Fed. R. Civ. P. 15.  Finally, to the extent that the Plaintiff seeks a remedy on behalf of his fellow Plaintiffs, such request is stricken.

The Court, once again, warns the Plaintiffs that the filing of frivolous or redundant motions, or motions that fail to comply with Court orders, may be grounds for sanctions, including striking such motions or dismissal of this case.