IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 3, 2009.**

    Pending before the Court are a Motion for Default Judgment [filed July 27, 2009; docket #186], Motion for Default Judgment [filed July 30, 2009; docket #193], Motion for Default Judgment [filed July 30, 2009; docket #194] and Motion for Default Judgment [filed July 31, 2009; docket #197] all filed by Luke Preacher and/or David Baxter.[1]  The Court has warned the Plaintiffs

---

[1] The Court notes that, pursuant to Fed. R. Civ. P. 55, a motion for default judgment may not be addressed until the Clerk of the Court enters default against the defendant(s) in a case.

repeatedly that they may not file requests on behalf of each other or other inmates; therefore, the motions are **stricken**.

In addition, the Court warns the parties that continued filing of redundant or frivolous motions may result in more severe sanctions, including dismissal of the case.