IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

      Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2009.**

      For the same reasons set forth in this Court's August 3, 2009 order [docket #204], the Memorandum for Motion for Default Judgment filed by Plaintiff Preacher [filed August 5, 2009; docket #214], to the extent it seeks relief beyond that already requested in Plaintiff's previous motion [docket #186], is **stricken**.