IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2009.**

    The Motion to Amend/Motion to Sever filed by Plaintiff Nantambu [filed August 14, 2009; docket #232] is **denied in part** and **denied without prejudice in part**. Essentially, Mr. Nantambu requests permission to amend the Second Amended Complaint to assert his own claims and seek relief on behalf of himself in this multi-plaintiff case. In this respect, the motion is denied. However, to the extent Mr. Nantambu seeks to voluntarily withdraw as a Plaintiff in this case and bring a new action against Defendants, he may seek to do so in accordance with Fed. R. Civ. P. 41, the Prison Litigation Reform Act, and other applicable rules and laws.