IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU,
DAVID BAXTER, and
ROBERT UTLEY,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Conselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2009.**

    For the same reasons set forth in this Court's August 3, 2009, order [docket #204] concerning the Plaintiffs seeking relief on behalf of other Plaintiffs in this case, the *seventh* Motion for Default Judgment filed by Plaintiff Preacher [filed August 14, 2009; docket #234] is **stricken**. Through various orders, the Court has informed Mr. Preacher repeatedly that he may not file motions seeking relief on behalf of the other Plaintiffs in this matter. The Court now warns Mr. Preacher that if he files another motion in which he seeks relief on behalf of the other Plaintiffs in this case, the Court may recommend that his claims be dismissed as a sanction for failure to comply with court orders.