IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
GEORGE SCALF,
DAMANI M. NANTAMBU, and
ROBERT UTLEY,

      Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2009.**

      Plaintiffs' Emergency Motion for TRO/Preliminary Injunction/Evidentiary Hearing and Motion for Class Certification and Appointment of Counsel [filed August 19, 2009; docket #245] is **stricken**. This Court specifically warned the Plaintiffs that "it will not entertain any motion filed by the Plaintiffs regarding the merits of their claims until the Third Amended Complaint is approved for filing, and that any such motion filed before approval will be stricken." *See* docket #201 at 7. The tendered Third Amended Complaint, filed August 18, 2009 [docket #240], has not yet been approved. The Court notes that the within motion was improperly signed by a non-party, Julius Alcorn; once again, the Court warns the Plaintiffs that any inauthentic or improper signatures on pleadings filed by them may be cause for this Court to impose or recommend sanctions, such as

dismissal of the case.