IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
ROBERT UTLEY, and
DAWANE MALLETT,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2009.**

    Pending before the Court is a document filed by Plaintiff Preacher titled, "In the alternative Writ of Error, Writ of Mandamus, Writ of Procedendo, Order to Show Cause" and has been construed by the Clerk of the Court as a motion for order to show cause [filed August 25, 2009; docket #253]. Upon review of the document, the Court finds that Mr. Preacher is not requesting an order to show cause from this Court, but rather, the document reflects that Mr. Preacher has characterized himself as a "court" and has issued an order for this Court to show cause why his "writ of error, writ of mandamus and writ of procedendo" should not be granted. In this respect, the document is improperly filed in this case and, therefore, is **stricken**. To the extent that Mr. Preacher seeks for this Court to recuse from the case, for the same reasons set forth in this Court's August 10, 2009 order, the Court denies such request.