IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
ROBERT UTLEY, and
DAWANE MALLETT,

      Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

      Defendants.

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2009.**

      Pending before the Court is Plaintiffs' Motion for Current Docket Sheet of Case and Motion to Strike Third Amended Verified Complaint [filed August 26, 2009; docket #255]. The Court notes that the motion is signed by individuals who are no longer named as Plaintiffs or who have never been a named Plaintiff. Typically, the Court would strike the motion as improperly filed; however, the Court notes that the motion was executed prior to this Court's August 25, 2009 order approving the Third Amended Complaint for filing. Therefore, the Court will adjudicate the within motion as if properly filed. The Plaintiffs are warned that any subsequent filings will be stricken if improperly filed in this manner.

      First, the Court **grants** Plaintiffs' request for a copy of the current docket sheet in the case.

The Clerk of the Court is directed to send a copy of the current docket sheet to the named Plaintiffs with this minute order.

Second, the Court **denies** Plaintiffs' motion to strike the Third Amended Complaint, which was tendered to the Court by the Plaintiffs on August 18, 2009. By this Court's August 25, 2009 order, the Third Amended Complaint was approved for filing and is, now, the operative pleading in this case. The subsequent "third amended complaint" tendered to the Court on August 25, 2009 was not timely; by this Court's August 3, 2009 order, the Plaintiffs were required to tender a third amended complaint on or before August 17, 2009. *See* docket #201. As in all cases, if the Plaintiffs wish to amend the Third Amended Complaint [docket #252], they must seek such relief in accordance with Fed. R. Civ. P. 15.