IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
ROBERT UTLEY, and
DAWANE MALLETT,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2009.**

    Pending before the Court is another document filed by Plaintiff Preacher reflecting that Mr. Preacher has characterized himself as a "court" and has issued an "order" for the Clerk of the Court to enter default against Defendants [filed August 27, 2009; docket #260]. Such document is improperly filed in this case and, therefore, is **stricken**. To the extent that Mr. Preacher requests entry of default against the Defendants in this case, the request is denied for the same reasons set forth in this Court's previous orders. *See* dockets #204, #226, #230, and #237.