IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER,
MIKEAL GLENN STINE,
ROBERT UTLEY, and
DAWANE MALLETT,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2009.**

    The Motion for Voluntary Dismissal pursuant to Rule 41 filed by Plaintiffs Mikeal Stine and Robert Utley [filed September 2, 2009; docket #268] is construed by this Court as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and is **denied as moot** since leave of Court is not required to voluntarily dismiss from a case before the opposing party(ies) serves either an answer or motion for summary judgment. Here, no answer or other response to this action has been filed.

    Therefore, Mikeal Stine and Robert Utley are dismissed as named Plaintiffs in this case. The Clerk of the Court is directed to remove their names from the case caption and from the mailing list.