IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER, and
DAWANE MALLETT,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2009.**

    Pending before this Court is a document signed by Plaintiff Preacher which the Court has construed as another Motion for Default Judgment [filed September 29, 2009; docket #294].  This is Mr. Preacher's **ninth** motion for default judgment filed in this case since July 27, 2009.  The Court has repeatedly warned Mr. Preacher and has stricken his motions for filing them improperly by his own signature on behalf of all Plaintiffs.  Pursuant to this Court's September 22, 2009 order, this motion is **stricken**.

    While the Court, typically, would sanction a plaintiff for repeated failures to comply with Court orders, the Court will not sanction Mr. Preacher at this time due to the possibility that he had not received (prior to filing this motion) the Court's September 22, 2009, order explaining in detail why the Defendants are not in default in this case and containing a direct order that "[a]ny filed document addressing issues in the case (as opposed to issues involving one individual) must be

prepared and signed by all Plaintiffs." *See* docket #293.

However, the Court **strongly warns** Mr. Preacher that any additional filings containing only his signature on behalf of all Plaintiffs will be construed as a violation of a direct order and may result in sanctions, including a recommendation to dismiss his claims.