IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER, and
DAWANE MALLETT,

      Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2009.**

      Plaintiff Preacher's Motion for Sanctions and Motion to Compell (sic) [filed October 7, 2009; docket #301] is **denied without prejudice**. Plaintiff appears to seek relief for recent incidents for which he alleges injury to himself. As he knows, Plaintiff must seek such relief pursuant to Fed. R. Civ. P. 15 and all other applicable rules and regulations. Should Plaintiff decide to pursue such relief, he is directed once again that any such motion **must** be signed by all Plaintiffs in the action; otherwise, the motion will be stricken and the Court may impose sanctions, including a recommendation for dismissal of this action for failure to comply with Court orders.