**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  09-cv-00278-CMA-MEH

LUKE PREACHER,
DAVID BAXTER
   a/k/a Richie Antonio Hall, and
DAWANE MALLETT,

     Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPECKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence, and
JOHN DOE, Unknown Persons,

     Defendants.

---

**ORDER DISMISSING PLAINTIFF DAWANE MALLETT**

---

     Based on its review of Plaintiff Dawane Mallett's Motion to Withdraw (Doc. # 303) the Court ORDERS as follows:

     Plaintiff Dawane Mallett is hereby DISMISSED as a named plaintiff in this matter.

It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Dawane Mallett as a plaintiff in this case, and the Clerk of the Court is DIRECTED that Mr. Mallett shall no longer receive copies of any filings in this matter.

DATED: October 13, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge