IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER, and
DAWANE MALLETT,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2009.**

    Plaintiff Preacher's Motion to Compell (sic) the Clerk of Court to file certain documents [filed December 28, 2009; docket #342] is **granted in part and denied in part**. Essentially, the Plaintiff claims that certain documents he has mailed to this Court have not been entered on the docket.

    First, with respect to the November 17, 2009 submission of documents, the Court finds no such documents in the file and, therefore, must assume that the Court never received such submission.

    Second, with respect to the November 9, 2009 submission of documents, the submission was received by the Court on November 12, 2009. However, the Court notes that the cover letter attached to the submission was entered on the docket, but the documents were not entered. *See*

docket #335. Therefore, the Court directs the Clerk of Court to enter on the docket the documents attached to the November 12, 2009 submission.

Finally, with respect to the August 21, 2009 submission of documents, the submission was received by the Court on August 25, 2009. However, the Court notes that such documents were not entered on the docket. Therefore, the Court directs the Clerk of Court to enter on the docket the documents received by the Court on August 25, 2009.