IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER, and
DAVID BAXTER, a.k.a. Richie A. Hill,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2010.**

    The documents filed and signed by Plaintiff Preacher containing a false court seal and which the Court has construed as a Motion for Default Judgment [filed February 11, 2010; docket #358] and a [Motion for] Judgment (titled, "All Writs Act, 28 U.S.C. § 1651(b) Rule Nisi Order") [filed February 11, 2010; docket #359] are **stricken** as improper and filed in contravention of this Court's orders, including the September 22, 2009, September 30, 2009, October 2, 2009, and October 16, 2009 orders.