IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER, and
DAWANE MALLETT,

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX-Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
LIEUTENANT C. RIVERS,
CAPTAIN KRIST, and
JOHN DOE, Unknown Person,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 26, 2010.**

    Pending before the Court is Defendants' Motion to Stay Pending Ruling on Recommended Dismissals [filed January 28, 2010; docket #349]. By order of this Court [docket #348], the Plaintiffs were to respond to the motion on or before February 19, 2010; however, no response has been filed. Therefore, having no objection and for good cause shown, the motion is **granted** and this matter is temporarily stayed pending resolution of this Court's recommendations for dismissal currently pending before Judge Arguello. The Final Pretrial Conference scheduled for March 16, 2010, is **vacated**. The parties shall notify this Court within five days after a ruling on the pending recommendations to reschedule the Final Pretrial Conference, if necessary.