IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00278-CMA-MEH

LUKE PREACHER, and
DAVID BAXTER, a/k/a Richie Hill

    Plaintiffs,

v.

RON WILEY, Warden ADX-Florence,
B. A. BLEDSOE, Warden USP Marion,
J. FOX, Associate Warden ADX Florence,
MARK COLLINS, Unit Manager ADX-Florence,
GEORGE KNOX, Counselor ADX-Florence,
J. MANLEY, Lieutenant ADX-Florence,
TINA SUDLOW, Case Manager ADX-Florence,
CORR. OFFICER MANSPEAKER, ADX-Florence,
CORRECTIONAL OFFICER BREAM, ADX-Florence,
J. D. WALTERS, Lieutenant ADX-Florence,
CORR. OFFICER BARBARA BATULIS, ADX-Florence,
C. RIVERS, Lieutenant,
KRIST, Captain, and
JOHN DOE, Unknown Persons,

    Defendants.

---

## ORDER STRIKING POST-JUDGMENT SUBMISSIONS AND DIRECTING CLERK OF COURT TO REFUSE TO ACCEPT SIMILAR FILINGS

---

This case was dismissed in its entirety by the Court on April 29, 2010 (the "April 29 Order") (Doc. # 402), and Judgment was entered by the Clerk in favor of Defendants on May 3, 2010 (Doc. # 408). Since the Court's April 29 Order, Plaintiff Luke Preacher has filed the following documents:

1. "Declaration Under Penalty of Perjury" (Doc. # 403, filed 4/30/10);

2. "Writ of Attachment" (Doc. # 404, filed 4/30/10);

3. "Writ of Attachment" (Doc. # 405, filed 4/30/10);

4. "Writ of Peremptory Mandamus" (Doc. # 406, filed 4/30/10);

5. "Motion to Stay" (Doc. # 407, filed 4/30/10);

6. A document entitled, "Writ of Scire Facias" and docketed as a letter (Doc. # 409, filed 5/3/10);

7. A document docketed as a "Statement regarding judgment" (Doc. # 410, filed 5/3/10);

8. A document docketed as a "Statement" (Doc. # 411, filed 5/5/10);

9. A document docketed as a "Tendered Proposed Order" (Doc. # 412, filed 5/5/10);

10. A document docketed as a "Tendered Proposed Order" (Doc. # 413, filed 5/5/10);

11. A document docketed as a "Statement Process Writ of Attachment" (Doc. # 414, filed 5/5/10);

12. A document docketed as a "Statement Writ of Exeat Republica Writ of Attachment" (Doc. # 415, filed 5/5/10);

13. A document docketed as a "Statement Writ of Exeat Republica" (Doc. # 416, filed 5/5/10);

14. A document docketed as a "Statement (Letter)" (Doc. #417, filed 5/5/10); and

15. A document docketed as a "Declaration of Plaintiff Luke Preacher" (Doc. # 418, filed 5/5/10).

As with the majority of Mr. Preacher's filings in this case, these documents contain false court seals, are incomprehensible, and the Court cannot discern from them any justification for Mr. Preacher's continued filings in this case. As clearly stated

in the April 29 Order, Mr. Preacher's claims have been dismissed with prejudice. This case is now closed. The Court lacks jurisdiction to take any further action.

Accordingly, IT IS ORDERED that the above-listed documents are STRICKEN.

IT IS FURTHER ORDERED that the Clerk of the Court shall refuse to accept any further filings from Mr. Preacher in this case.

DATED: May 11, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge